ROBERT W. THOMPSON, Doing Business as ROBERT W. THOMPSON COMPANY, Respondent, *v.* TRINITY OPERATING COMPANY, INC., Appellant.

Argued April 7, 1954; decided May 20, 1954.

*S. Hazard Gillespie, Jr.,* and *Frederic G. Watson* for appellant.

*C. O. Donahue* and *Barent L. Visscher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.